# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-00881-JDE | Date | August 11, 2026 |
| Title | Cole McDonough v. City of Orange, et al. | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re Failure to Prosecute

Cole McDonough ("Plaintiff") filed the Complaint in this action on April 10, 2026, naming the City of Orange and three individuals as defendants ("Defendants"). Dkt. 1 ("Complaint"). On May 19, 2026, the parties stipulated and on May 29, 2026, the Court ordered that Defendants time to respond to the Complaint was extended to July 6, 2026. Dkt. 11, 13. As of the date of this order, no defendant has filed a responsive pleading to the Complaint or sought a further extension of time in which to do so.

Plaintiff has an obligation to prosecute this action in a timely manner. See generally Fed. R. Civ. P. 1, 41(b). As a result, Plaintiff is ORDERED TO SHOW CAUSE in writing within 14 days from the date of this Order why this action should not be dismissed for failure to prosecute for Plaintiff's failure to seek entry of default against Defendants. Plaintiff may comply with this Order by, within 14 days: (1) filing a fully supported request for the Clerk to enter default against Defendants; or (2) filing a Notice of Dismissal of the action. Further, if Defendants file proper responsive pleadings or the parties file a Stipulation to extend Defendants' time to file a proper responsive pleading within 14 days from the date of this Order, Plaintiff need take no further action as to this Order, and the Order will be automatically discharged in that event. Failure to comply with this Order in a timely manner may result in an order of dismissal of the action for failure to prosecute and/or failure to comply with a Court order under Rule 41(b)(1) without further notice.

IT IS SO ORDERED.

Initials of Courtroom Deputy ARO